IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN MATTHEW MOORE, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Civil Action No. 3:24-CV-2554-X-BN |
| MARK RUSSO, | § § § | |
| *Defendant.* | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Additionally, the Court notes there is no redressability as to the request for removal because Moore has not carried his burden to show that federal courts possess the power to remove state judges.

**SO ORDERED** this 28th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE